# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, Plaintiffs, v. RAB INC. and DOES 1 through 10, inclusive, and each of them, Defendant | Case No. 2:20-cv-00662-TJH-JPR x **ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. [JS-6]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: JANUARY 14, 2021

_____
Honorable Terry J. Hatter, Jr.,
United States District Judge

Order to Dismiss - 1